# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONRAD CLAYTON COSTA,<br><br>Defendant. | CR 25-117-BLG-WWM<br><br>ORDER |

Before the Court is the United States of America's Motion to Dismiss Indictment with Prejudice (Doc. 34), and Motion to Withdraw Documents 31 and 32 (Doc. 36), which request a preliminary order of forfeiture. For good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Motion to Withdraw Documents 31 and 32 (Doc. 36) is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of April, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE